ANSELMO BELOTTI, Respondent, v. ANDREW BICKHARDT and Another,

as Executors, etc., Appellants, Impleaded with Others.— Judgment and order affirmed, with costs, on the opinion of Mullan, J., at Special Term. (Reported in 101 Misc. Rep. 707.)　Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.; Smith, J., dissented.